David Jacobs     (SBN 73545)
Jaemie Paraon     (SBN 340735)
EPSTEIN BECKER & GREEN, P.C.
1925 Century Park East, Suite 500
Los Angeles, California  90067-2506
Telephone: 310.556.8861
Facsimile:  310.553.2165
DJacobs@ebglaw.com
JParaon@ebglaw.com; cemail@ebglaw.com

JS-6

Attorneys for Defendants
VISIONTRACK, INC. and
VISIONTRACK LIMITED

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER MEE, an individual, | Case No. 2:24-cv-02563-JFW(Ex) |
| Plaintiff, | |
| v. | **ORDER REGARDING REMAND OF ACTION TO STATE COURT** |
| VISIONTRACK, INC. a Delaware Corporation; VISIONTRACK LIMITED, a Private Limited Corporation formed under the Laws of England and Wales; and DOES 1 through 25, inclusive, | *(Assigned to Hon. John F. Walter)* |
| Defendants. | |

## ORDER

Having considered the parties' Stipulation to Remand Action to State Court, it is hereby ORDERED that:

1.      This action be, and hereby is, remanded to State Court.

**IT IS SO ORDERED.**

DATED:  __April 16, 2024_____      _____
                                                                HONORABLE JOHN F. WALTER
                                                                UNITED STATES DISTRICT COURT JUDGE